IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNIE LAMAR CLEVELAND,                                                           PETITIONER
ADC #85000

Case No. 5:11CV00187 BSM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

Petitioner has paid his required $5.00 filing fee. (Doc. No. 7) The clerk will serve a copy of the petition and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 16th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE