IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNIE LAMAR CLEVELAND                                                          PETITIONER
ADC #85000

vs.                              Case No. 5:11CV00187-BSM/JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                               RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to any of Respondent's arguments raised in the Response. (Doc. No. 14)

IT SO ORDERED this 26th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE