# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BENNIE LAMAR CLEVELAND**                                                         **PETITIONER**
**ADC #85000**

v.                    **CASE NO. 5:11CV00187 BSM/JTK**

**RAY HOBBS, Director,**                                                                   **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Petitioner's petition for writ of habeas corpus [Doc. No. 1] pursuant to 28 U.S.C. § 2254 be, and it is hereby, dismissed with prejudice. The relief prayed for is DENIED.

Dated this 22nd day of June 2012.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE