**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BENNIE LAMAR CLEVELAND**                                                          **PETITIONER**
**ADC #85000**

**v.**                **CASE NO. 5:11CV00187 BSM/JTK**

**RAY HOBBS, Director,**                                                                       **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 22nd day of June 2012.

_____
UNITED STATES DISTRICT JUDGE